NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

CRAIG SCHMELL,

        Plaintiff,

v.

MORGAN STANLEY & CO., INC.,

        Defendant.

Civ. No. 17-13080

**MEMORANDUM ORDER**

THOMPSON, U.S.D.J.

    IT APPEARING that, on October 15, 2018, the Court ordered the parties to proceed with arbitration and to stay proceedings pending the conclusion of arbitration (ECF No. 36); and it further

    APPEARING that Plaintiff Craig Schmell now files a Motion to Certify the Court's October 15, 2018 Order for Interlocutory Appeal (ECF No. 40); and it further

    APPEARING that such a certification is a matter of the district court's discretion, *Swint v. Chambers Cty. Comm'n*, 514 U.S. 35, 47 (1995); and it further

    APPEARING that such a certification may be granted "[w]hen a district judge . . . shall be of the opinion that . . . an immediate appeal from the order may materially advance the ultimate termination of the litigation," 28 U.S.C. § 1292(b); and it further

    APPEARING that "an immediate appeal of [an order compelling arbitration] will not advance the ultimate termination of the litigation, particularly in light of the superior efficiencies of arbitration versus traditional litigation," *Demetriou v. EarthLink, Inc.*, 2010 WL 11566063, at *2 (citing *Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth, Inc.* 473 U.S. 614, 633 (1985));

    IT IS on this ____ day of December, 2018,

1

ORDERED that Plaintiff's Motion to Certify the Court's October 15, 2018 Order for Interlocutory Appeal (ECF No. 40) is DENIED.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.